O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS LABRON SMITH,<br><br>             Petitioner,<br><br>   vs.<br><br>M.D. McDONALD, WARDEN,<br><br>             Respondent. | CASE NO. ED CV 10-00783 VBF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 9-16-10

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE