O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARQUIS LABRON SMITH, | ) | CASE NO. ED CV 10-00783 VBF (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| M.D. McDONALD, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of MARQUIS LABRON SMITH, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 9-16-10

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE